

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00324-CR

| | | |
|---|---|---|
| NOEL RAMIREZ MARTIN, Appellant | § | On Appeal from the 78th District Court |
| | § | of Wichita County (DC78-CR2022-0752-2) |
| V. | § | March 9, 2023 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
　　Chief Justice Bonnie Sudderth